**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUISE LOUIS DRUMWRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONES, *et al.*,<br><br>　　　　Defendants. | No.  1:23-cv-00730 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 18) |

　　　　Plaintiff Marquise Louis Drumwright is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 3, 2025, the Court issued an order reassigning this case from Magistrate Judge Gary S. Austin to Magistrate Judge Barbara A. McAuliffe for all further proceedings.  (Doc. 15.)  On October 20, 2025, that order was returned as "Undeliverable, Inactive, Released 4/20/2025."

　　　　On October 21, 2025, the Court screened the complaint and granted Plaintiff leave to file a first amended complaint or to notify the Court of his willingness to proceed on cognizable claims within thirty days.  (Doc. 16.)  On November 7, 2025, that order was returned as "Undeliverable, Inactive 4/28/2025."

　　　　Plaintiff's notice of change of address was due no later than November 19, 2025.  Local Rule 183(b).  Plaintiff's response to the Court's October 21, 2025 order also is overdue.

　　　　On December 2, 2025, the magistrate judge issued findings and recommendations that

recommended this action be dismissed, without prejudice, for failure to obey a Court order and failure to prosecute. (Doc. 18.) The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 4.) The Court also advised Plaintiff that failure to file objections within the specified time may result in the waiver of the right to challenge the magistrate's factual findings on appeal. (*Id.* (*citing Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) On December 16, 2025, the findings and recommendations were returned as "Undeliverable, RTS, Inactive, Discharged 4/20/2025."

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 2, 2025, (Doc. 18), are **ADOPTED**.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 26, 2025**

UNITED STATES DISTRICT JUDGE

2